IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| DEVON LYNTRELL TUCKER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-734 –WKW |
| | ) | [WO] |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant | ) | |

## **ORDER**

On September 26, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 8.) After an independent review of the record and on consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED with prejudice.

A separate Final Judgment will be entered.

DONE this 19th day of November, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE